```
McGREGOR W. SCOTT
United States Attorney
DEBORA G. LUTHER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Federal and Cross Defendant
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREGORY SINGLETON and LINDA JOY SINGLETON,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, FAF, INCORPORATED, RUTH ANN HAYDEN, and DOES I through X, inclusive,<br><br>  Defendants,<br>_____<br>FAF INCORPORATED,<br><br>  Cross-claimant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Cross-defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>  Cross-claimant,<br><br>  v.<br><br>FAF INCORPORATED and RUTH ANN HAYDEN,<br><br>  Cross-defendants.<br>_____ | No. CIV S-04-1486 FCD DAD<br><br>STIPULATION TO BIFURCATE DISCOVERY AND ORDER THEREON |

1    Pursuant to L.R. 83-141, the parties hereby stipulate that discovery be bifurcated as to liability
2 and damages. In furtherance thereof, the parties further stipulate to amending the Court's Status
3 (Pretrial Scheduling) Order, entered May 19, 2005, as to the dates set in this case:
4    Expert Witness Disclosure (Liability) ................................................................. April 3, 2006
5    Supplemental Expert Witness Disclosure (Liability) ........................................ April 24, 2006
6    Close of discovery (Liability) ............................................................................ June 30, 2006
7    Last day to File Dispositive Motions ................................................................ July 31, 2006
8    If needed, the following dates are proposed by the parties for the remainder of the case:
9    Expert Witness Disclosure (Damages) ........................................................ November 20, 2006
10   Supplemental Expert Witness Disclosure (Damages) ............................... December 11, 2006
11   Close of discovery (Damages) ................................................................... February 26, 2007
12   Final Pretrial Conference (presently set for August 25, 2006) ............ 1:30 p.m., May 11, 2007
13   Trial (presently set for October 24, 2006) .......................................... 9:00 a.m., July 24, 2007
14       In all other respects, this Court's Order of May 19, 2005, remains in effect. The parties
15 represent that the foregoing scheduling likely will effect significant cost and time savings for the
16 parties by obtaining a ruling on liability before engaging in discovery on damages.

                                    Respectfully submitted,
DATED: _____       **DREYER, BABICH, BUCCOLA & CALLAHAM, LLP**


                                    By:_____
                                         CHRISTOPHER W. WOOD, ESQ.
                                         Attorneys for Plaintiffs


DATED: _____            McGREGOR W. SCOTT
                                    United States Attorney


                                    _____
                                    By:  DEBORA G. LUTHER
                                         Assistant U.S. Attorney
                                         Attorneys for Defendant, Cross Defendant and
                                         Cross Claimant UNITED STATES OF AMERICA

1

1  DATED: _____          HANSON BRIDGETT MARCUS VLAHOS & RUDY LLP

2

3

4                                       By:_____
                                            CHRISTINA NUGENT
5                                           Attorneys for Defendants,
                                            Cross Defendants and
                                            Cross Claimant
6                                           FAF, Inc., and Ruth Ann Hayden

7                                              <u>ORDER</u>

8     For good cause shown,

9     IT IS SO ORDERED.

10

11  DATED: February 6, 2006              /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL, Jr.
12                                       United States District Judge