UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID GREGORY SINGLETON and
LINDA JOY SINGLETON,

NO. CIV S-04-1486 FCD DAD

            Plaintiffs,

      v.                              MEMORANDUM AND ORDER

UNITED STATES OF AMERICA, FAF,
INCORPORATED, RUTH ANN HAYDEN,
and DOES I through X,
inclusive,

            Defendants.
_____

FAF INCORPORATED,

            Cross-claimant,

      v.

UNITED STATES OF AMERICA,

            Cross-defendant.
_____

UNITED STATES OF AMERICA,

            Cross-claimant,

      v.

FAF INCORPORATED AND RUTH
ANN HAYDEN,

            Cross-defendants,
_____

----ooOoo----

The court is in receipt of defendant United States' motion to amend the Pretrial Scheduling Order to extend the expert witness disclosure date pursuant to Rule 16 of the Federal Rules of Civil Procedure and defendant's ex parte application for an order shortening time to hear the motion.  The court is also in receipt of plaintiffs' opposition to defendant's ex parte application.[1]

A pretrial order "shall not be modified except upon a showing of good cause."  Fed. R. Civ. P. 16(b).  The district court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16, advisory committee's notes (1983 amendment)).  The "good cause" standard set forth in Rule 16 primarily focuses upon the diligence of the party requesting the amendment.  "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification."  Id.

In this case, defendant United States asserts that there is good cause to extend the expert disclosure date because of a recent substitution of counsel.  The current Assistant United States Attorney ("AUSA"), Kurt A. Didier, was substituted in this case after the former AUSA handling this case left the U.S.

---

[1]   Because oral argument will not be of material assistance, the court orders the matter submitted on the briefs. E.D. Cal. L.R. 78-230(h).

1   Attorney's Office for a position in Washington D.C. with
2   apparently little transition time to wrap-up her professional and
3   personal affairs.  By stipulation of the parties, discovery in
4   this case was bifurcated as to liability and damages.  The close
5   of discovery for the liability phase was June 30, 2006, with the
6   last day to file dispositive motions on July 31, 2006.  In
7   regards to the damages phase, the deadline for expert witness
8   disclosure is November 20, 2006.  AUSA Didier was substituted in
9   this case on September 26, 2006.  Counsel asserts that he spoke
10  to plaintiffs' counsel about this case during the last two weeks
11  of October 2006 and advised that he was still getting familiar
12  with this case.  Counsel also asserts that he spoke to
13  plaintiffs' counsel during the week of November 6, 2006, in an
14  attempt to reach an agreement regarding an extension for expert
15  disclosure, but that no such agreement was reached.  Defendant
16  United States' experts will not be available to examine plaintiff
17  and prepare their reports until December 2006 or January 2007.
18  Defendant states that it agrees to make its experts available for
19  deposition thirty (30) days beyond the February 26, 2007
20  discovery cut-off date and that it will not oppose plaintiffs'
21  retention of a supplemental expert.  Trial in this case is set
22  for July 24, 2007.
23      The facts presented to the court demonstrate diligence by
24  defendant United States and establish good cause to extend the
25  expert disclosure deadlines until January 26, 2007.  Therefore,
26  defendant's application for an order shortening time is GRANTED
27  and defendant's motion to modify the Pretrial Scheduling Order is
28  GRANTED.  Accordingly, the Pretrial Scheduling Order is AMENDED

to allow defendant United States until January 26, 2007, to file
and serve the reports of Richard Imes, M.D. and Robert Asarnow,
Ph.D.

     IT IS SO ORDERED.

DATED: November 15, 2006

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE