1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 51689
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA  95814
   Telephone:     (916) 442-3333
4  Facsimile:      (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendants
6  FAF, INC. and RUTH ANN HAYDEN

7
                         **UNITED STATES DISTRICT COURT**
8
                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   | DAVID GREGORY SINGLETON and LINDA JOY SINGLETON, | No. CIV.S-04-1486 FCD DAD |
   |---|---|
   | Plaintiffs, | **STIPULATION AND ORDER TO MODIFY AMENDED SCHEDULING ORDER** |
   | v. | |
   | UNITED STATES OF AMERICA, FAF, INCORPORATED, RUTH ANN HAYDEN, and DOES I through X, inclusive,, | |
   | Defendants. | |
   | FAF, INCORPORATED, | |
   | Cross-claimant, | |
   | v. | |
   | UNITED STATES OF AMERICA, | |
   | Cross-defendant. | |
   | UNITED STATES OF AMERICA, | |
   | Cross-claimant, | |
   | v. | |
   | FAF, INCORPORATED and RUTH ANN HAYDEN, | |
   | Cross-defendants. | |

1   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for defendants FAF, Inc. and Ruth Ann Hayden, counsel for defendant United States of America, and counsel for plaintiffs David Gregory Singleton and Linda Joy Singleton , Inc. that FAF, Inc. and Ruth Ann Hayden shall have to and including December 26, 2006 to file and serve their Supplemental Expert Witness Disclosure (Damages).  Except as otherwise modified by Order of this Court, this Court's Stipulation To Bifurcate Discovery and Order Thereon dated February 7, 2006 shall remain in effect as originally issued by this Court.

IT IS SO STIPULATED.

DATED: December 6, 2006         HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP


By: _____
        CHRISTINA NUGENT
        Attorneys for Defendant
        FAF, INC. and RUTH ANN HAYDEN

DATED: December 6, 2006         DREYER, BABICH, BUCCOLA & CALLAHAM, LLP


By: _____
        CHRISTOPHER WOOD
        Attorneys for Plaintiffs
        DAVID GREGORY SINGLETON AND
        LINDA JOY SINGLETON

DATED: December 6, 2006         OFFICE OF THE UNITED STATES ATTORNEY,
                                EASTERN DISTRICT OF CALIFORNIA


By: _____
        KURT DIDIER
        Attorneys for Defendant
        UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated: December 7, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -