McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2750

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AND LINDA SINGLETON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>FAF, INC. & RUTH ANN HAYDEN,<br><br>　　　　Defendants. | No. 2:04-cv-01486-FCD-DAD<br><br>**ORDER MODIFYING STATUS(PRETRIAL SCHEDULING) ORDER** |

　　　Defendant the United States of America hereby moves for an order modifying the Scheduling Order as follows: the United States' Expert (Damages) Disclosure Due Date is extended to March 16, 2007 from the current deadline of January 26, 2007.  The United States requests the extension because Plaintiff David Singleton is out-of-town and thus unavailable for medical examination by Defendant's neuro-psychologist and neuro-ophthalmologist until the middle of February, 2007.  An earlier examination was not possible because Counsel for Plaintiff and the United States have been attempting to resolve certain differences pertaining to the scope of the medical examinations.

1

1 | The United States agrees to make its experts available for
2 | deposition following their examination of Plaintiff and
3 | preparation of their reports.  It will not oppose the extension
4 | of the date for supplemental expert witness disclosure or for the
5 | closures of discovery (damages).  The Scheduling Order will
6 | otherwise remain unchanged.
7 | Counsel for Plaintiff and defendants FAF, Inc. and Ruth Ann
8 | Hayden do not oppose this motion.

Respectfully submitted,

Dated: January 12, 2007          McGREGOR W. SCOTT
                                 UNITED STATES ATTORNEY


                         By: _____
                             KURT A. DIDIER
                             ASSISTANT UNITED STATES ATTORNEY


**IT IS SO ORDERED.**

Dated: January 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE