IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GREGORY SINGLETON
and LINDA JOY SINGLETON,

      Plaintiffs,   No.  CIV S-04-1486 FCD DAD

  v.

FAF, INC., et al.,   ORDER

      Defendants.
_____/

      This matter came before the court on February 23, 2007, for hearing on defendant United States' motion for order compelling plaintiff's independent medical examinations. Christopher Wood appeared for plaintiff.  Kurt Didier appeared for defendant United States.

      The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS HEREBY ORDERED that:

      1. Defendant United States' January 22, 2007 motion pursuant to Federal Rule of Civil Procedure 35 for an order compelling plaintiff David Singleton to submit to two independent medical examinations is granted with limitations;

      2. The examination of plaintiff by Dr. Imes or another neuro-ophthalmologist shall take place within thirty (30) miles from Sacramento, absent further order of the court;

3. The examination by Dr. Asarnow shall be limited to a clinical interview and relevant testing not previously administered;

4. Plaintiff's counsel shall attempt to arrange for the transmission of raw data obtained during previous neuro-psychological testing of plaintiff David Singleton from plaintiff's neuro-psychologist to Dr. Asarnow as soon as possible; and

5. The undersigned will entertain a conference call if necessary in order to resolve details concerning the examination by a neuro-ophthalmologist and will also be available if a dispute arises concerning the tests to be administered by Dr. Asarnow or timing issues related to Dr. Asarnow's examination.

DATED: February 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\singleton1486.oah.022307