1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 51689
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA  95814
   Telephone:     (916) 442-3333
4  Facsimile:      (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendants
6  FAF, INC. and RUTH ANN HAYDEN

7
                    **UNITED STATES DISTRICT COURT**
8
               **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11 | DAVID GREGORY SINGLETON and LINDA JOY SINGLETON, | No. CIV.S-04-1486 FCD DAD |
|---|---|
12 | Plaintiffs, | **STIPULATION AND ORDER TO MODIFY AMENDED SCHEDULING ORDER** |
13 | v. | |
14 | UNITED STATES OF AMERICA, FAF, INCORPORATED, RUTH ANN HAYDEN, and DOES I through X, inclusive,, | |
15 | | |
16 | Defendants. | |
17 | FAF, INCORPORATED, | |
18 | Cross-claimant, | |
19 | v. | |
20 | UNITED STATES OF AMERICA, | |
21 | Cross-defendant. | |
22 | UNITED STATES OF AMERICA, | |
23 | Cross-claimant, | |
24 | v. | |
25 | FAF, INCORPORATED and RUTH ANN HAYDEN, | |
26 | Cross-defendants. | |

27

28

STIPULATION AND ORDER CONTINUING
FINAL PRETRIAL CONFERENCE                 - 1 -                                        45804.1

1  WHEREAS, pursuant to the Court's Minute Order dated April 18, 2007, the Final Pretrial Conference in the above-captioned matter is presently set for May 18, 2007 in Courtroom 2 before the Honorable Frank C. Damrell;

4  WHEREAS, the parties have agreed to participate in a private mediation of this matter on May 15, 2007;

6  WHEREAS, the parties agree that it would be of benefit to the Court and all parties to postpone the extensive preparation required for the Final Pretrial Conference until such time as the mediation is completed, and only in the event the mediation is unsuccessful;

9  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for defendants FAF, Inc. and Ruth Ann Hayden, counsel for defendant United States of America, and counsel for plaintiffs David Gregory Singleton and Linda Joy Singleton, Inc. that the Final Pretrial Conference in the above-captioned matter be continued to May 25, 2007.  The parties further stipulate that the last day for submission of their Joint Pretrial Statement shall be continued to such date as corresponds to the date to which the Final Pretrial Conference is continued.  Except as expressly stated herein, all other dates set by Order of this Court shall remain in effect, including the trial date of July 24, 2007.

17  IT IS SO STIPULATED.

19  SIGNATURES AND ORDER ON FOLLOWING PAGE

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

DATED: May 3, 2007                HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/ Christina Nugent
CHRISTINA NUGENT
Attorneys for Defendant
FAF, INC. and RUTH ANN HAYDEN

DATED: May 3, 2007                DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

By: /s/ Christopher Wood
CHRISTOPHER WOOD
Attorneys for Plaintiffs
DAVID GREGORY SINGLETON AND
LINDA JOY SINGLETON

DATED: May 3, 2007                OFFICE OF THE UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA

By: /s/ Kurt Didier
KURT DIDIER
Attorneys for Defendant
UNITED STATES OF AMERICA

Pursuant to the parties' stipulation, the Final Pretrial Conference set for May 18, 2007 is RESET for May 25, 2007 at 02:00 p.m. in Courtroom 2 before Judge Frank C. Damrell, Jr. The joint pretrial statement shall be filed no later than May 18, 2007.

IT IS SO ORDERED.

DATED: May 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE