McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2750

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETON and LINDA SINGLETON,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, FAF, INC., and RUTH ANN HAYDEN,<br><br>        Defendants.<br>_____<br><br> AND RELATED CROSS-ACTIONS. | No. CIV S-04-1486-FCD/DAD<br><br>**SETTLEMENT STIPULATION; RELEASES; DISMISSAL WITH PREJUDICE; AND ORDER** |

   Plaintiffs David and Linda Singleton and defendants the United States of America, FAF, Inc. and Ruth Ann Hayden agree to the following disposition of this case:

   1.  The parties agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

   2.  Defendants agree to pay Plaintiffs the total sum of two hundred eighty-seven thousand five hundred dollars ($287,500.00).

1  Of this amount, the United States will pay one hundred thirty-
2  seven thousand five hundred dollars ($137,500.00) and FAF, Inc.
3  and Ruth Ann Hayden will pay one hundred fifty thousand dollars
4  ($150,000.00).  These sums shall be in full settlement and
5  satisfaction of any and all claims, demands, rights, and causes
6  of action of whatsoever kind and nature, arising from, and by
7  reason of any and all known and unknown, foreseen and unforeseen
8  bodily and personal injuries, damage to property and the
9  consequence thereof, resulting, and to result, from the subject
10 matter of this action, including any claims for wrongful death,
11 which Plaintiffs or their guardians, heirs, executors,
12 administrators, or assigns, and each of them, now have or may
13 hereafter acquire against the United States, FAF, Inc. and Ruth
14 Ann Hayden and their agents, servants, present and former
15 employees, principals, officers, directors, shareholders, parent
16 companies, subsidiaries, affiliates and attorneys (hereinafter,
17 the "Released Parties").
18      3.   Plaintiffs and their guardians, heirs, executors,
19 administrators or assigns hereby agree to accept the sum set
20 forth in paragraph 2 in full settlement and satisfaction of any
21 and all claims, demands, rights, and causes of action of
22 whatsoever kind and nature, including claims for wrongful death,
23 arising from, and by reason of, any and all known and unknown,
24 foreseen and unforeseen bodily and personal injuries, damage to
25 property and the consequences thereof which they may have or
26 hereafter acquire against the United States, FAF, Inc. and Ruth
27 Ann Hayden and the Released Parties on account of the same
28 subject matter that gave rise to this action, including any

1 future claim or lawsuit of any kind or type whatsoever, whether
2 known or unknown, and whether for compensatory or exemplary
3 damages.  Plaintiffs and their guardians, heirs, executors,
4 administrators, or assigns further agree to reimburse, indemnify
5 and hold harmless the United States, FAF, Inc. and Ruth Ann
6 Hayden and the Released Parties from and against any and all
7 causes of action, claims, liens, rights, or subrogated or
8 contribution interests incident to, or resulting from further
9 litigation or the prosecution of claims arising from the subject
10 matter of this action.

11     4.  Plaintiffs' undersigned attorney represents that he has
12 explained, and Plaintiffs warrant and represent that they agree
13 that this Stipulation shall release all existing and future
14 claims arising directly or indirectly from the acts or omissions
15 that gave rise to the above-captioned action, including claims
16 that are unknown and unforeseen, notwithstanding Section 1542 of
17 the Civil Code of the State of California, which provides as
18 follows:

> A general release does not extend to claims
> which the creditor does not know or suspect
> to exist in his favor at the time of
> executing [this] Release, which if known by
> him must have materially affected his
> settlement with the debtor.

23     5.  This Stipulation is not an admission of liability or
24 fault on the part of the United States, FAF, Inc., Ruth Ann
25 Hayden or the Released Parties and it is specifically denied that
26 they are liable to Plaintiffs.  This settlement is entered into
27 by all parties for the purpose of compromising disputed claims
28 under the Federal Tort Claims Act and avoiding the expenses and

risks of further litigation.

6. Federal defendant the United States and non-federal defendants FAF, Inc. and Ruth Ann Hayden have filed cross-actions against each other for contribution and indemnity based on Plaintiffs' underlying negligence claims.  The Defendants agree that the dismissal of this case includes the termination of the cross-actions and a release of all claims they may have against each other to the same extent as Plaintiffs' release of the Defendants.

7. The parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by Plaintiffs will be paid out of the settlement amount and not in addition thereto; and that all outstanding or future bills and liens will be the Plaintiffs' sole responsibility.  With respect to the United States' portion of the settlement amount ($137,500.00), Title 28, United States Code, Section 2678, states that attorney's fees for services rendered in connection with this action shall not exceed 25 percent.

8. Payment of the settlement amounts will be made by check payable to Plaintiffs and their attorneys, Dreyer, Babich, Buccola & Callaham, LLP and Plaintiffs' attorneys agree to distribute the settlement proceeds to their clients.

9. The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Agreement.

10. Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the terms of

the Stipulation.  This Stipulation may be executed in counterparts and circulated for signatures by facsimile transmission.  All such counterparts, together, shall be deemed one document.

11.  Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.  All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

12.  Each person executing this Stipulation represents that he or she has read and understands its contents; that he or she executes this Stipulation voluntarily; and that he or she has not been influenced by any person acting on behalf of any party.

13.  The parties request that the Court enter an order **DISMISSING** this case **WITH PREJUDICE** in its entirety.  The parties further request that, notwithstanding the entry of a dismissal herein, the Hon. Frank C. Damrell, Jr., United States District Judge, retain jurisdiction to enforce the terms of this compromise settlement.

Date: _____                      _____
                                         DAVID SINGLETON
                                         Plaintiff

5

```
1  Date: _____                    _____
                                        LINDA SINGLETON
2                                       Plaintiff

3                                       DREYER, BABICH, BUCCOLA &
                                        CALLAHAM, LLP
4

5
   Date: _____           By:      _____
6                                       CHRISTOPHER W. WOOD
                                        Attorneys for Plaintiff
7

8                                       McGREGOR W. SCOTT
                                        United States Attorney
9

10
   Date: _____           By:      _____
11                                      KURT A. DIDIER
                                        Assistant U.S. Attorney
12                                      Attorneys for the United
                                        States of America
13

14                                      HANSON, BRIDGETT, MARCOS,
                                        VLAHOS & RUDY, LLP
15

16

17 Date: _____         By:     _____
                                        CHRISTINA M. NUGENT
18                                      Attorneys for FAF, Inc. and
                                        Ruth Ann Hayden
19
```

**ORDER**

Pursuant to the terms of the parties' Settlement Stipulation, above, and Fed. R. Civ. P. 41(a), this case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce, if necessary, the terms of the Stipulation.

IT IS SO ORDERED.

Date: June 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

6